IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOEY DAWSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NOS. 1D14-4630/1D14-4631

Opinion filed August 16, 2016.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

Our original opinion in these cases reversed the trial court's orders revoking appellant's probation based on our finding that an officer's testimony concerning the results of a drug test that she performed in her office was hearsay. See Dawson v. State, 177 So. 3d 658 (Fla. 1st DCA 2015). We noted our opinion was consistent

with <u>Queior v. State</u>, 157 So. 3d 370 (Fla. 2d DCA 2015) (<u>Quieor I</u>). In <u>State v. Queior</u>, 191 So. 3d 388 (Fla. 2016) (<u>Queior II</u>), the Florida Supreme Court quashed <u>Queior I,</u> and also quashed our opinion in this case and remanded for reconsideration in light of <u>Queior II</u>.

Based on <u>Queior II</u>, we find the officer's testimony concerning the results of the drug test was not hearsay. As such, we affirm appellant's judgments and sentences.

AFFIRMED.

WOLF, WETHERELL, and BILBREY, JJ., CONCUR.

2